IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACOB BECKETT, by and through his Parents, SHANNON BECKETT AND SARKA BECKETT,<br><br>        Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, STATE OF HAWAII,<br><br>        Defendant. | ) CIVIL NO. 06-00354 SOM-KSC<br>)<br>) FINDINGS AND<br>) RECOMMENDATION TO DISMISS<br>) CASE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

FINDINGS AND RECOMMENDATION TO DISMISS CASE

On June 29, 2006, Plaintiffs Jacob Beckett, by and through his parents Shannon Beckett and Sarka Beckett ("Plaintiffs") filed a Complaint. On September 27, 2006, the Court received a letter from Plaintiff Shannon Beckett. The Court will treat this letter as a request to dismiss the case. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the

Court hereby FINDS and RECOMMENDS that Plaintiff's case be dismissed with prejudice.

    IT IS SO FOUND AND RECOMMENDED.

    Dated:  Honolulu, Hawaii, October 2, 2006.



_____
Kevin S.C. Chang
United States Magistrate Judge