IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JACOB BECKETT, by and through his Parents, SHANNON BECKETT AND SARKA BECKETT, | ) ) ) ) | CV 06-00354 SOM/KSC ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| DEPARTMENT OF EDUCATION, STATE OF HAWAII, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 2, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(c) and Local Rule 74.2, the "Findings and Recommendation To Dismiss Case" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii; October 17, 2006.

/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

Beckett v. Department of Education, State of Hawaii; Civ. 06-00354 SOM/KSC; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION